# EXHIBIT A

# Matthew Cook

| | |
|---|---|
| **From:** | John Cox <jcox@lcgandm.com> |
| **Sent:** | Monday, December 21, 2020 9:14 AM |
| **To:** | Matthew Cook; Stefan Staloff |
| **Cc:** | Davonna Page; Rachel Twohey |
| **Subject:** | RE: Renaissance/The Park, LLC v. The Cincinnati Insurance Company |

This agreeable and I apologize for not getting back to you. Have a great holiday. John

**Please note that the health and safety of our clients, employees, their families and our community is our foremost concern. Having said that, our office will be staffed at a 50% daily capacity for the foreseeable future. This means I will be in the office on alternating week days, but will continue to have the ability to serve your needs remotely on all other days. Please feel free to contact us by phone or email.**

John D. Cox
Lynch Cox Gilman & Goodman, PSC
500 West Jefferson Street
Suite 2100
Louisville, KY 40202
502 589 4215
Fax: 502 589 4994
jcox@lynchcox.com

Lynch, Cox, Gilman & Goodman is a premium, full service law firm dedicated to personal and responsive client service and creative legal solutions. For more information about Lynch, Cox, Gilman & Goodman and our attorneys, please see our website at www.lynchcox.com . [Kentucky law requires the following statement: "This is an advertisement"]
Important: This message has been sent from a law firm and may contain information which is confidential or privileged. If you are not the intended recipient, we apologize for the error, and we would appreciate your advising the sender immediately by reply e-mail (so that our address record may be corrected) and your deleting this message and any attachments without retaining a copy. Please advise immediately if you or your employer do not wish us to use Internet e-mail for future messages of this kind. Thank you.

**From:** Matthew Cook <mcook@kerricklaw.com>
**Sent:** Monday, December 21, 2020 10:12 AM
**To:** John Cox <jcox@lcgandm.com>; Stefan Staloff <sstaloff@lcgandm.com>
**Cc:** Davonna Page <dpage@kerricklaw.com>
**Subject:** Renaissance/The Park, LLC v. The Cincinnati Insurance Company

Gentlemen:

I have been retained by The Cincinnati Insurance Company in the above-referenced matter. I emailed Mr. Cox last week to inquire about proof of service. I do not believe Cincinnati has been served to date. In any event, I have been authorized to accept service for Cincinnati today. I would like to request an extension of time, through January 15, 2021, to file responsive pleadings for Cincinnati. Please advise if that is agreeable.

I thank you in advance for the professional courtesy and wish you both a happy holiday.

1

Matt Cook

**Matthew Cook**
Attorney



(270) 782-8160 | Fax: (270) 782-5856
mcook@kerricklaw.com | www.kerrickbachertlaw.com
📍 1025 State Street, Bowling Green, KY 42101
2413 Ring Road, Suite 117, Elizabethtown, KY 42701

CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

This email has been scanned for spam and viruses. Click here to report this email as spam.