*United States District Court*
*Western District of Kentucky*
*Office of the Clerk*
*601 W. Broadway, Room 106*
*Louisville, Kentucky 40202-2249*
*(502) 625-3500*
*www.kywd.uscourts.gov*

*December 30, 2020*

## NOTICE

Renaissance/The Park, LLC                                                                                      *Plaintiff*

v.                                                                                         Jefferson Circuit Case No. 20-CI-006955

Cincinnati Insurance Company                                                                      *Defendant*


    Notice is hereby given that the above-styled civil action has been removed from the Jefferson Circuit Court and filed in the Western District of Kentucky at Louisville as of December 30, 2020. This action has been assigned to the Honorable Judge Rebecca G. Jennings, case number 3:20-cv-864-RGJ.

    Please refer to this case number on all future filings.


                                              Sincerely,
                                              Vanessa L. Armstrong, Clerk

                                              By:      /s/ Sarah Jeffries
                                                          Deputy Clerk


cc:      Counsel of Record
           Jefferson Circuit Court