UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:20-cv-864-RGJ

*ELECTRONICALLY FILED*

| | |
|---|---|
| RENAISSANCE/THE PARK, LLC d/b/a RENAISSANCE FUN PARK | PLAINTIFF |
| V.   **AGREED ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSIVE PLEADINGS** | |
| THE CINCINNATI INSURANCE COMPANY | DEFENDANT |

This matter is before the Court by agreement of the parties as is evidenced by the signatures of their respective counsel below. The Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that Defendant, The Cincinnati Insurance Company, shall have through January 15, 2021, in which to file responsive pleadings to Plaintiff's complaint.

HAVE SEEN AND AGREE:

/s/  John D. Cox  (with permission)
John D. Cox
Lynch, Cox, Gilman & Goodman, P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, KY 40202
Email:  jcox@lynchcox.com
*Counsel for Plaintiff*

/s/  Matthew P. Cook
Thomas N. Kerrick
Matthew P. Cook
Kerrick Bachert, P.S.C.
1025 State Street
Bowling Green, KY 42101
Email:  tkerrick@kerricklaw.com
Email:  mcook@kerricklaw.com
*Counsel for Defendant*


DISTRIBUTION:

John D. Cox
Lynch, Cox, Gilman & Goodman, P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, KY 40202
Email:  jcox@lynchcox.com
*Counsel for Plaintiff*

Thomas N. Kerrick
Matthew P. Cook
Kerrick Bachert, P.S.C.
1025 State Street
Bowling Green, KY 42101
Email:  tkerrick@kerricklaw.com
Email:  mcook@kerricklaw.com
*Counsel for Defendant*