UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:20-cv-864-RGJ

*ELECTRONICALLY FILED*

| | |
|---|---|
| RENAISSANCE/THE PARK, LLC d/b/a<br>RENAISSANCE FUN PARK | PLAINTIFF |
| v.  **AGREED ORDER EXTENDING<br>PLAINTIFF'S TIME TO FILE A RESPONSE** | |
| THE CINCINNATI INSURANCE COMPANY | DEFENDANT |

\*\*\*\*   \*\*\*\*   \*\*\*\*

This matter is before the Court by agreement of the parties, as evidenced by the signatures of their respective counsel below. The Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff, Renaissance/The Park, LLC, shall have through March 1, 2021, in which to file a Response to Defendant's January 22, 2021 Motion to Dismiss Plaintiff's Complaint (DN 11).

HAVE SEEN AND AGREE:


/s/ John D. Cox  _____
John D. Cox
**LYNCH, COX, GILMAN & GOODMAN P.S.C.**
500 West Jefferson Street, Ste. 2100
Louisville, Kentucky 40202
Email: (502) 589-4215
*Counsel for Plaintiff*


/s/ Matthew P. Cook (with permission)
Thomas N. Kerrick
Matthew P. Cook
**KERRICK BACHERT P.S.C.**
1025 State Street
Bowling Green, Kentucky 42101
Email: tkerrick@kerricklaw.com
Email: mcook@kerricklaw.com
*Counsel for Defendant*

G. David Rubin (*pro hac vice* admission)
**LITCHFIELD CAVO LLP**
2 North Lake Avenue, Suite 400
Pasadena, CA 91101
rubin@litchfieldcavo.com
*Counsel for Defendant*