UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

RENAISSANCE/THE PARK, LLC d/b/a                                                               Plaintiff
RENAISSANCE FUN PARK

v.                                                                          Civil Action No. 3:20-CV-864-RGJ

THE CINCINNATI INSURANCE                                                                     Defendant
COMPANY

\* \* \* \* \*

## JUDGMENT

In accordance with the Order entered this same date and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1) This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(2) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

*Rebecca Grady Jennings, District Judge*
*United States District Court*

September 27, 2021

1